# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

M.M.,

Petitioner,

v.

CHRISTOPHER J. LAROSE, Senior Warden, Otay Mesa Detention Center, et al.,

Respondents.

Case No.:  26-cv-2346-BJC-BJW

**ORDER SETTING BRIEFING SCHEDULE ON THE WRIT AND PROHIBITING TRANSFER OF PETITIONER**

**[ECF No. 1, 2]**

The Court adopts the Standard Procedures for this Immigration Habeas Petition from Chief Judge Order No. 144, which is available on the court's website

Dated:  April 16, 2026

_____

Honorable Benjamin J. Cheeks
United States District Judge

1

26-cv-2346-BJC-BJW