# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE,<br><br>                           Petitioner,<br><br>v.<br><br>CHRISTOPHER J. LAROSE, Senior Warden, Otay Mesa Detention Center, et al.,<br><br>                        Respondents. | Case No.:  26-cv-2346-BJC-BJW<br><br>**ORDER GRANTING MOTION TO DISMISS AND DENYING WRIT OF HABEAS CORPUS AS MOOT**<br><br>**[ECF No. 1, 11]** |

On April 13, 2026, Petitioner Jane Doe, an asylum seeker from Afghanistan, filed a petition for writ of habeas corpus, ECF No. 1, a motion for a temporary restraining order, ECF No. 2, and a motion for leave to proceed by pseudonym. ECF No. 3. On April 16, 2026, the Court issued an order setting a briefing schedule and issuing a limited stay. ECF No. 4. That same day, the Court also granted Petitioner's motion to proceed by pseudonym. ECF No. 5. Respondents filed a return on April 23, 2026, ECF No. 7, and Petitioner filed a reply on April 27, 2026. ECF No. 8.

On May 13, 2026, Respondent filed a motion to dismiss. ECF No. 11. Respondents disclosed that Petitioner received a bond hearing on May 11, 2026. Id. at 2. At that hearing, the immigration judge set bond in the amount of $5,500.00, and Petitioner was

26-cv-2346-BJC-BJW

subsequently released from detention. *Id.* 2. In light of Petitioner's release, Respondents moved to dismiss the habeas petition as moot. *Id.* Petitioner filed an opposition on June 1, 2026. ECF No. 13.

Having reviewed Respondents' motion and finding good cause, the Court **GRANTS** the motion to dismiss. Because Petitioner is no longer detained, the petition for a writ of habeas corpus is **DENIED** as moot.

Dated:  June 5, 2026

Honorable Benjamin J. Cheeks
United States District Judge

26-cv-2346-BJC-BJW